

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Licona | Civil Action No. 16cv3065-JLS-KSC |
| Plaintiff, | |
| V. | |
| Neil McDowell | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court will hereby Dismiss the petition for lack of jurisdiction.

Date: 6/11/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano
M. Lozano, Deputy